UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL A. VAUGHN, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:10-CV-55-H
)
UNITED STATES OF AMERICA, )
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Senior Judge Malcolm J. Howard, for consideration of defendant's motion to dismiss for lack of jurisdiction and for failure to state a claim upon which relief can be granted.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 11, 2011, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 11, 2011, and Copies To:**
Michael A. Vaughn (via U.S. Mail) 85 Green Pasture Road, Four Oaks, NC 27524
Neal Fowler (via CM/ECF Notice of Electronic Filing)
Douglas Andrew Rubel (via CM/ECF Notice of Electronic Filing)


January 11, 2011                      DENNIS P. IAVARONE, CLERK
                                             /s/ Christa N. Baker
                                             (By) Christa N. Baker, Deputy Clerk